IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CR-99-1BO

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| v. | ) | ORDER |
| | ) | |
| JEANNE HALLE | ) | |
| | ) | |

This matter is before the Court on Defendant Jeanne Halle's motion for miscellaneous relief, titled "Motion to Terminate Probation Order." For the reasons stated herein, Defendant's Motion is DENIED.

On December 17, 2009, the Court held a supervised release revocation hearing during which it received testimony, found that Halle violated the conditions of her supervised release as set forth in the revocation motion, revoked her term of supervision, and imposed sentence. Halle provides no legal authority or factual basis to revisit this final judgment.

SO ORDERED, this 14 day of September, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE